REINHARDT, Circuit Judge,
dissenting from the denial of rehearing en banc:
I concur in Chief Judge Kozinski’s dissent.
I have served on this court for nearly three decades. I regret that over that time the courts have gradually but deliberately reduced the protections of the Fourth Amendment to the point at which it scarcely resembles the robust guarantor of our constitutional rights we knew when I joined the bench. See Fisher v. City of *1127 San Jose, 558 F.3d 1069, 1089 (9th Cir.2009) (en banc) (Reinhardt, J., dissenting); United States v. Ankeny, 502 F.3d 829, 841 (9th Cir.2007) (Reinhardt, J., dissenting); United States v. Crapser, 472 F.3d 1141, 1149 (9th Cir.2007) (Reinhardt, J., dissenting); United States v. Gourde, 440 F.3d 1065, 1074 (9th Cir.2006) (en banc) (Reinhardt, J., dissenting); United States v. Kincade, 379 F.3d 813, 842 (9th Cir.2004) (en banc) (Reinhardt, J., dissenting); United States v. Hudson, 100 F.3d 1409, 1421 (9th Cir.1996) (Reinhardt, J., dissenting); Acton v. Vernonia Sch. Dist. 47J, 66 F.3d 217, 218 (9th Cir.1995) (Reinhardt, J., dissenting); United States v. Barona, 56 F.3d 1087, 1098 (9th Cir.1995) (Reinhardt, J., dissenting); United States v. Kelley, 953 F.2d 562, 566 (9th Cir.1992) (Reinhardt, J., dissenting); United States v. Alvarez, 899 F.2d 833, 840 (9th Cir.1990) (Reinhardt, J., dissenting); United States v. Flores, 679 F.2d 173, 178 (9th Cir.1982) (Reinhardt, J., dissenting).
These decisions have curtailed the “right of the people to be secure ... against unreasonable searches and seizures” not only in our homes and surrounding curtilage, but also in our vehicles, computers, telephones, and bodies—all the way down to our bodily fluids and DNA.
Today’s decision is but one more step down the gloomy path the current Judiciary has chosen to follow with regard to the liberties protected by the Fourth Amendment. Sadly, I predict that there will be many more such decisions to come.
I dissent.